IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DURHAM,

   Plaintiff,        No. CIV S-09-0331 MCE EFB PS

  vs.

STATE OF CALIFORNIA (SOLANO STATE PRISON); WARDEN JOHN W. HAVELAND; P. REAGAN; and J. DELGADILLO,

   Defendants.       ORDER
_____/

   This case, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On September 27, 2010, the assigned district judge issued an order adopting the undersigned's July 21, 2010 findings and recommendations, dismissing plaintiff's amended complaint, and granting plaintiff thirty days to file a second amended complaint. Dckt. No. 19. Then, on October 28, 2010, the undersigned granted plaintiff a ninety day extension to file his second amended complaint. Dckt. No. 21.

   On January 28, 2011, plaintiff filed a further motion for an extension of time (of 60 days) to file a second amended complaint. Dckt. No. 23. Plaintiff contends that he was not released from custody until December 31, 2010 and that he therefore needs additional time to obtain an

1

1 attorney and/or to prepare his second amended complaint. *Id.*

2     Plaintiff's motion for a sixty day extension of time, Dckt. No. 23, is granted. Plaintiff has sixty days from the date this order is filed to file a second amended complaint in accordance with the September 27 order.

    SO ORDERED.

DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE